

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00207-CV

| | | |
|---|---|---|
| Shellie K. Smith | § | From the 352nd District Court |
| v. | § | of Tarrant County (352-E30850-13) |
| Tarrant County, City of Arlington, Kennedale Independent School District, Tarrant County College District, and Tarrant County Hospital District | § | April 2, 2015 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Shellie K. Smith shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
     Justice Bill Meier